## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **T.P.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2080** |
| **MARTIN O'MALLEY,**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY ADMINISTRATION** | **SECTION "O"** |

### ORDER

Before the Court in this social-security case is the report and recommendation[1] of Magistrate Judge Janis van Meerveld. Magistrate Judge van Meerveld recommends that the Court grant the Commissioner of Social Security's Federal Rule of Civil Procedure 12(b)(6) motion to dismiss Plaintiff's complaint with prejudice because it is untimely and because Plaintiff has not shown that she is entitled to equitable tolling.[2] No party timely objected to the report and recommendation. To be sure, Plaintiff filed an "appeal"—liberally construed as an objection—54 days after the objection deadline expired.[3] But Plaintiff offers no justification for the tardy filing.

---

[1] ECF No. 14.

[2] *Id.* at 1–6.

[3] ECF No. 15. The report and recommendation issued on December 9, 2024. ECF No. 14. It notified Plaintiff that written objections were due within 14 days—that is, by December 23—and that Plaintiff's failure to timely file written objections would bar Plaintiff from attacking the report and recommendation on appeal except on grounds of plain error. *See id.* at 6 (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1)). Plaintiff filed her "appeal" on February 15, 2025, 54 days after the December 23 objection deadline. ECF No. 15. Because Plaintiff failed to timely file written objections, Plaintiff has forfeited her right to attack the report and recommendation's proposed factual findings and legal conclusions on appeal except on grounds of plain error. *See Douglass*, 79 F.3d at 1430.

Having considered the complaint and its attachments,[4] the briefing,[5] the law, the report and recommendation,[6] and Plaintiff's untimely objection[7] to the report and recommendation, the Court overrules the untimely objection, approves the report and recommendation, and adopts the report and recommendation as the Court's opinion.

Accordingly,

**IT IS ORDERED** that the Commissioner of Social Security's Federal Rule of Civil Procedure 12(b)(6) motion[8] to dismiss Plaintiff's complaint is **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. A final judgment will follow in accordance with Federal Rule of Civil Procedure 58.

New Orleans, Louisiana, this 19th day of February, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[4] ECF Nos. 1–1-27.
[5] ECF Nos. 5, 5-1, 7, 9.
[6] ECF No. 14.
[7] ECF No. 15.
[8] ECF No. 5.